AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of California

APR 2 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

|   |   |
|---|---|
| United States of America | ) |
| v. | ) |
| JEFFREY BRIAN PROVOST, | ) |
|   | ) |
|   | ) |
|   | ) |
|   | ) |

Case No.  **4 - 18 - 7 0 5 7 0**

**MAG**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 5, 2017 _____ in the county of _____ Contra Costa _____ in the
____ Northern ____ District of _____ California _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |

Penalties: 30 years in prison
   15 years mandatory minimum sentence
   Lifetime supervised release
   $200,00 fine, restitution, forfeiture
   $5,100 special assessment

This criminal complaint is based on these facts:

Please see attached affidavit.

☐ Continued on the attached sheet.

Approved As To Form:

_____
AUSA CHRISTINA McCALL

_____
*Complainant's signature*

Darryl Holcombe, Task Force Officer, USSS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **4/19/18**
_____

_____
*Judge's signature*

City and state: _____ Oakland, California _____

Hon. Kandis A. Westmore, U.S. Magistrate Judge
_____
*Printed name and title*

Document No.

District Court
Criminal

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Darryl J. Holcombe, do swear and affirm as follows:

## I.   INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against Jeffrey Brian PROVOST for Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).  The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with the United States Secret Service and the information provided to me by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that PROVOST violated Title 18, United States Code § 2251(a).

## II.   AGENT BACKGROUND

2.   I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault unit.  I am also assigned to the United States Secret Service Electronic Crimes Task Force, and serve as a Task Force Officer with the United States Secret Service.  I have been employed with the Contra Costa County District Attorney's Office since November 2011.  Prior to that, I was a police officer with the City of Concord for eleven years.  I attended a basic police academy in 1999 at the Los Medanos Police Academy. I am authorized to investigate violations of federal law, and to execute warrants issued under the authority of the United Sates.  In this capacity, I investigate criminal violations relating to child exploitation including violations pertaining to the possession, receipt and distribution and production of child pornography of 18 U.S.C. §§ 2251 and 2252.  I have received training in the area of child pornography and child exploitation investigations, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media.

1

### III.    FACTS ESTABLISHING PROBABLE CAUSE

3.      On February 19, 2018, Facebook submitted a CyberTip to the National Center for Missing and Exploited Children.  Facebook reported that an underage girl in Pinole, California appeared to be sending self-produced child pornography to a Facebook user located in Turkey.    The CyberTip was assigned to a Police Department in the Northern District of California. The CyberTip identified the victim's Facebook account.

4.      On March 15, 2018, the Director of the Children's Interview Center in Martinez, California interviewed Jane Doe, the minor whose Facebook account was the subject of the CyberTip.  I observed the interview.

5.      Jane Doe said she is currently 14. Jane Doe said she first encountered PROVOST on Facebook in August or September of 2017, when she was 13.  She said she had been invited to join a Facebook group and she described the group as being sexual. Jane Doe didn't remember who sent her the initial invitation to the group. Jane Doe said that after she joined the group, she posted a photograph of herself wearing a bra.  Jane Doe said PROVOST commented on her picture and then contacted her on Facebook Messenger. Once they were talking on Messenger, PROVOST asked her if she wanted to get dirty and Jane Doe said she thought she knew what that meant and it was ok with her. Jane Doe said PROVOST sent her two pictures of his penis.  In exchange, she sent him a picture of her breasts.  Jane Doe said PROVOST asked her for something more so she took two photos of her vagina and sent those to him. The photos they exchanged were on the Facebook Messenger platform. During this first exchange of photos, Jane Doe said she told PROVOST she was 13 and he commented that she looked 18 and asked if she was really 13. Jane Doe said PROVOST told her that age doesn't matter.

6.      Jane Doe said towards the end of September she engaged in a video chat, which is a feature within the Facebook Messenger program.  During this video chat, PROVOST suggested they masturbate together and told her that he had already seen everything. Jane Doe said she agreed.  She said she masturbated for him and he commented that her "clit looks big." Jane Doe said PROVOST asked her to finger herself really hard for him.

7.      Jane Doe said they continued to talk and he told her that he was from Rhode Island and that he was in his 30's [Note: according to public records, PROVOST

2

was actually born in 1970]. He said they needed to meet each other and engaged in sexting conversations. Jane Doe said PROVOST asked for her phone number and she gave it to him and they began talking on the phone.

8. Jane Doe said they engaged in video chat masturbation three times. She said he would masturbate for her and during the third time, she used a hairbrush to masturbate with. She said this was her idea. Jane Doe said PROVOST told her to be creative and suggested she use fruits, vegetables and popsicles to masturbate with for him.

9. A police detective in California told me he had researched the man Jane Doe was communicating with and believed his real name was Jeffrey PROVOST. I located three driver's license records for PROVOST, which included driver's licenses issued in Florida, Massachusetts and Rhode Island. I located a criminal history entry for PROVOST from Rhode Island. On December 22, 2017, PROVOST was arrested by the North Smithfield Police Department in Rhode Island, and charged with a felony violation of possession of crack cocaine. PROVOST provided the arresting officer with an address in Woonsocket, Rhode Island.

10. On March 27, 2018, the Honorable Donna Ryu, United States Magistrate Judge, issued a search warrant directed to Facebook for records associated with a Facebook account for Jane Doe and two accounts for Jeffrey PROVOST.

11. I located a Facebook messenger chat conversation between Jane Doe and PROVOST which starts on December 5, 2017 (the Facebook records report dates and times in UTC format). The conversation between PROVOST and Jane Doe on December 5, 2017 started with PROVOST sending Jane Doe a photo of himself with no shirt on. Jane Doe responded, "Mmm that's hot." Jane Doe also sent PROVOST an emoji which is not visible in the materials Facebook provided. Then PROVOST wrote, "Hey [Jane Doe's screen name], how are you baby doll[?]" PROVOST then sent her a photo of himself nude with his hand covering his genital area. Several seconds later, Jane Doe told PROVOST, "I'm 13." After an additional conversation, PROVOST wrote to Jane Doe, saying let's trade hot pics [baby]. Jane Doe responded, "Mmm okay." PROVOST wrote, "Hooooo I have an 8 inch cock..."

12. In a further conversation through Facebook messenger on December 5, 2017, PROVOST told Jane Doe "show me your tits n pussy ok." Jane Doe responded,

3

"okay." PROVOST asked Jane Doe, "You shave completely?" After PROVOST responded affirmatively, he sent Jane Doe a thumbs-up sticker. PROVOST sent Jane Doe two photos of his erect penis. In one photo, PROVOST's face is visible. Jane Doe sent him a photo of her breasts. PROVOST wrote to her, "mmmm .. [Jane Doe's first name according to her Facebook profile] ... suck me ... then I will slide my big cock inside of your pussy." After a few more lines of communication, PROVOST wrote, "show me your hot wet lil pussy bby." Following that specific request to have Jane Doe produce child pornography material, PROVOST sent Jane Doe three more images of his erect penis. In one of the photographs, PROVOST's tattoos are visible. Jane Doe then sent PROVOST a video approximately 20 seconds in length, which shows Jane Doe nude from the waist down, but clothed from the waist up. Jane Doe's face is partially visible in the video, and she is masturbating. The focus of the camera is on Jane Doe's genitals. PROVOST responded, "show me your open pussy lips ok[.]" Jane Doe responded, "mmm okay" and transmitted to PROVOST a photo of herself which showed a very close up view of her vagina.[1] PROVOST responded, "Ummff...wow...that is so f**king hot babe" and transmitted an emoji with a smiley face and heart eyes. PROVOST then sent Jane Doe a video of himself masturbating.

13.     In a further conversation through Facebook messenger on December 5, 2017, involving very sexually suggestive language, PROVOST said, "show me your open clit [Jane Doe's screen name][.]" Jane Doe then sent PROVOST a photo where the focal point is her genital area, and she is complying specifically with PROVOST's request by using two fingers to spread apart her genital area.[2] Then, PROVOST attempted to initiate a video chat with Jane Doe, which Jane Doe initially rejected by telling him "daddy I can't call right now my mom is home[.]" PROVOST wrote, "can you pls send me another rubbing clit video[?]" Jane Doe did not initially respond to that request from PROVOST. Several minutes later, PROVOST wrote, "pls...send me your pussy video now ok n showyour big perky tits and nipples ok[.]" Jane Doe responded to that request by sending

---

[1] Secret Service Task Force Officer Darryl Holcombe will bring a sealed envelope containing this image for the United States Magistrate Judge's review when he appears to swear out the affidavit. TFO Holcombe will maintain the copies of the two images during the pendency of the case.
[2] Officer Darryl Holcombe will also provide this image for the United States Magistrate Judge's review when he appears to swear out the affidavit.

a photograph of her naked breasts and a video approximately three seconds long of herself nude from the waist down, masturbating. In response to those materials, PROVOST wrote, "More...more...longer" and sent Jane Doe another picture of his erect penis. PROVOST wrote, "send more videos bby..longer times ok[.]"

14.     On December 10, 2017, PROVOST and Jane Doe talked about doing their first video call. PROVOST told her she can do it and that he was disappointed when she did not answer his call. PROVOST asked, "are you ready to have me f\**k you[?]" PROVOST and Jane Doe then engaged in a video chat which lasted 1140 seconds. It appears that during the video chat, PROVOST and Jane Doe continued to exchange Facebook messages. During the video chat, PROVOST wrote, "baby please relax .. nhave fun ok.. don't be worried[.]" Jane Doe responded, "I'm soo nervous[.]" PROVOST told Jane Doe "just like ur videos .. only live!!" PROVOST then tried to call her again, but it appears that the call did not go through. PROVOST wrote, "get nakey, spread your soft sexy legs n rub your pussy as I stroke my dick for you." PROVOST then told Jane Doe that she is his sex slave and that she owes him more videos of herself playing.

15.     On December 10, 2017, PROVOST wrote to Jane Doe, "finger your ass" and told her to try it. The PROVOST and Jane Doe had a video chat that lasted 618 seconds. Jane Doe wrote to PROVOST, "did you like my pussy daddy[?]"

16.     On January 9, 2018, PROVOST and Jane Doe started communicating sexually again through Facebook messenger. PROVOST asked Jane Doe for a quick show and sent her a photograph of an adult woman with her legs spread, with her fingers spreading her vagina for the camera. In response, Jane Doe sent him a picture of her vagina, in which the focal point of the photo is only her vagina. PROVOST then told her to rub it. Jane Doe then sent PROVOST a video of herself masturbating. PROVOST then wrote, "Yesssss....cum 4 me." Jane Doe then sent PROVOST a video of herself masturbating. The focal point of both videos is Jane Doe's genital region.

17.     In the Facebook account for PROVOST, under screenname Jeff Provos, I found the name the account was registered under was Jeff Provos on January 17, 2018 with e-mail accounts containing "jprovos" and "jeffprovos" in the address. He listed his city where he lives as Woonsocket, Rhode Island.

18.     On January 28, 2018, PROVOST was communicating with Facebook user NS, with Facebook ID ending in 370. The identity and full Facebook ID number of NS is known to me. PROVOST and NS engaged in a sexting type conversation and PROVOST sent NS a video of Jane Doe. The video of Jane Doe depicts her nude from the waist down, and she is masturbating her vagina with a hairbrush.

19.     On March 5, 2018, PROVOST was again communicating with Facebook user NS. They engaged in a sexting type conversation and PROVOST sent NS a photograph of Jane Doe. The photo of Jane Doe depicts her nude from the waist down, and exposing her anus and vagina for the camera. Jane Doe has her tongue sticking out.

20.     On March 15, 2018, I examined two digital devices that had been turned over to a local police department in California by Jane Doe and her parents. One device was an Apple iPhone and the second device was a LG Tablet computer, which is similar to an iPad.

21.     On Jane Doe's iPhone, I located text messages between Jane Doe and PROVOST. The messages begin on December 18, 2017 and end on February 23, 2018. The text messages logs indicate that PROVOST was using telephone number with a Rhode Island area code, and was the same number Provost provided when he was arrested in Rhosde Island, to communicate with Jane Doe. This is the same phone number PROVOST provided to the North Smithfield Police Department when he was arrested in Rhode Island on December 22, 2017.

22.     In the "contacts" section of Jane Doe's tablet, I located an entry for both Facebook accounts belonging to PROVOST. Both contact entries have a corresponding photograph associated with them. Both photographs were compared to PROVOST's booking photographs and I determined they are the same person. They are also the same photographs I saw when I was able to view PROVOST's Facebook pages.

23.     I also had the opportunity to review the photographs associated with three driver's licenses issued to PROVOST, along with a booking photograph taken during his December 22, 2017 arrest. I conclude that all the photographs show the same person.

V.     **CONCLUSION**

24.     Based on the aforementioned facts and information, there is probable cause to believe that on or about December 5th, 2017, in the Northern District of California and

6

others, PROVOST persuaded, induced, enticed and coerced Jane Doe into producing child pornography in violation of Title 18, United States Code § 2251(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____
Darryl Holcombe, Task Force Officer
United States Secret Service

Subscribed and sworn before me on:

__4/19/18_____
Date

_____
HON. KANDIS WESTMORE
U.S. MAGISTRATE JUDGE

The materials described in paragraphs 12 and 13 were made available to me prior to my authorization of this complaint.  The affiant shall maintain the materials described in paragraphs 12 and 13 for the duration of this case, including any appeals.

_____
HON. KANDIS A. WESTMORE
U.S. Magistrate Judge