ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    E-Mail:    Christina.McCall@usdoj.gov

Attorneys for Plaintiff

FILED
APR 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: CRIMINAL COMPLAINT AGAINST JEFFREY BRIAN PROVOST | No. 4-18-70570 MAG<br><br>APPLICATION FOR SEALING AND SEALING ORDER<br><br>*UNDER SEAL* |

    The United States hereby applies for an order directing that the criminal complaint and supporting affidavit, and the arrest warrant, in the above-entitled matter, together with this application, and this Court's sealing order, be kept under seal until the defendant is arrested on the warrant. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals from learning of the existence of the investigation and destroying evidence or fleeing from prosecution. Notwithstanding the request to seal, the Clerk's office may provide a copy of the application, search warrant and supporting affidavit to the U.S. Attorney's Office and to United States Secret Service Task Force Officer Darryl Holcombe.

SEALING APPLICATION & ORDER

The government further requests that the executing agents or officers be permitted to provide a copy of the complaint to the Court in the District of Rhode Island and the defense attorney after the defendant is arrested, without further order of this Court.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: April 18, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

CHRISTINA McCALL
Assistant United States Attorney

**ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, supporting affidavit, and arrest warrant in the above-entitled matter, together with this application and this Court's sealing order, shall be kept under seal until the defendant is arrested on the arrest warrant accompanying the complaint in this case. The executing agents or officers are permitted to provide a copy of the complaint and arrest warrant to the Court in the District of Rhode Island and the defense attorney. The Clerk's office may provide copies of the complaint, supporting affidavit, and arrest warrant to the U.S. Attorney's Office and to agents of the Contra Costa District Attorney's Office and the United States Secret Service. The U.S. Attorney's Office may provide a copy of the search warrant and affidavit to the defense attorney in discovery, without further order of this Court.

DATED: 4/19/18

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION & ORDER