ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    E-Mail:    Christina.McCall@usdoj.gov

Attorneys for Plaintiff

FILED

APR 2 5 2018

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-18-70570 MAG |
|     Plaintiff, | APPLICATION TO UNSEAL COMPLAINT AND [PROPOSED] ORDER |
|     v. | |
| JEFFREY BRIAN PROVOST, | |
|     Defendant. | |

The United States hereby applies for an order directing that the criminal complaint and supporting affidavit, and the arrest warrant, in the above-entitled matter, together with this application, and this Court's unsealing order, be unsealed. The United States requests that the above-described materials be unsealed because the need to: (1) preserve the confidentiality of the ongoing investigation described in the affidavit; (2) prevent individuals from learning of the existence of the investigation; and (3) prevent individuals from destroying evidence or fleeing from prosecution is no longer necessary. Following an arrest on April 24, 2018, the defendant is in the custody of the United States Marshal, and agents have executed a search and seizure warrant at his residence.

//

UNSEALING APPLICATION & ORDER
4-18-70570 MAG

I respectfully request that the Court issue an order granting this application.

DATED: April 24, 2018                    Respectfully submitted,

                                         ALEX G. TSE
                                         Acting United States Attorney

                                         CHRISTINA McCALL
                                         Assistant United States Attorney

                                   **ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

      The complaint, supporting affidavit, and arrest warrant in the above-entitled matter, together with this application and this Court's unsealing order, shall be unsealed.

DATED: 4/24/18                           HONORABLE KANDIS A. WESTMORE
                                         UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION & ORDER
4-18-70570 MAG