AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

See attachment.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

--- DEFENDANT - U.S ---

▶ JEFFREY BRIAN PROVOST

DISTRICT COURT NUMBER
CR18-0186 YGR

FILED
MAY -3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-18-70570 MAG

Name and Office of Person Furnishing Information on this form   Alex G. Tse
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA McCALL AUSA

--- DEFENDANT ---

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    } ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
  ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____
  If Summons, complete following:
  ☐ Arraignment   ☐ Initial Appearance
  Defendant Address:
  _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT FOR JEFFREY BRIAN PROVOST

COUNT ONE:  18 U.S.C. § 2251(a) – Sexual Exploitation of a Child:

    Maximum prison term: 30 years' imprisonment (18 U.S.C. § 2251(e))
    Minimum prison term: 15 years' imprisonment (18 U.S.C. § 2251(e))
    Maximum supervised release term: lifetime (mandatory minimum 5 years)
    Maximum fine: $250,000 fine (18 U.S.C. § 3571(b)(3))
    Restitution: Determined by the Court (18 U.S.C. § 3663(a)(1))
    Forfeiture
    Mandatory special assessment: $100 (18 U.S.C. § 3013); $5000 (18 U.S.C. § 3014, Justice for Victims of Trafficking Act of 2015, which imposes a $5,000 special assessment for non-indigent defendants)

COUNT TWO:  18 U.S.C. § 2422(b) – Coercion and Enticement:

    Maximum prison term: lifetime imprisonment
    Minimum prison term: 10 years' imprisonment
    Maximum supervised release term: lifetime (mandatory minimum 5 years) (18 U.S.C. 3583(k))
    Maximum fine: $250,000 fine (18 U.S.C. § 3571(b)(3))
    Restitution: Determined by the Court (18 U.S.C. § 3663(a)(1))
    Forfeiture
    Mandatory special assessment: $100 (18 U.S.C. § 3013); $5000 (18 U.S.C. § 3014)

COUNT THREE:  18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography:

    Maximum prison term: 20 years' imprisonment
    Minimum prison term: 5 years' imprisonment
    Maximum supervised release term: lifetime (mandatory minimum 5 years) (18 U.S.C. 3583(k))
    Maximum fine: $250,000 fine (18 U.S.C. § 3571(b)(3))
    Restitution: Determined by the Court (18 U.S.C. § 3663(a)(1))
    Forfeiture
    Mandatory special assessment: $100 (18 U.S.C. § 3013); $5000 (18 U.S.C. § 3014) (if not indigent)

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

---

UNITED STATES OF AMERICA,

**V.**

JEFFREY BRIAN PROVOST,

CR18-0186

DEFENDANT.

---

INDICTMENT

18 U.S.C. § 2251(a) – Sexual Exploitation of a Child;
18 U.S.C. § 2422(b) – Coercion and Enticement;
18 U.S.C. § § 2252(a)(2) –Receipt of Child Pornography; and
18 U.S.C. §§ 2253(a), 2428 – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this 3rd day of May, 2018

_____ Clerk
May 3, 2018

Bail, $ no process

FILED
MAY -3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348) |
| 2 | Acting United States Attorney |

**FILED**
MAY -3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR18-0186** YGR |
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 2251(a) – Sexual Exploitation of a Child; 18 U.S.C. § 2422(b) – Coercion and Enticement; 18 U.S.C. §§ 2252(a)(2) – Receipt of Child Pornography; and 18 U.S.C. §§ 2253(a), 2428 – Criminal Forfeiture |
| v. | ) | |
| JEFFREY BRIAN PROVOST, | ) | |
| Defendant. | ) | OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (18 U.S.C. § 2251(a) – Sexual Exploitation of a Child)

On a date unknown to the grand jury but no later than December 5, 2017 and continuing until on or about February 13, 2018, in the Northern District of California and elsewhere, the defendant,

JEFFREY BRIAN PROVOST,

did knowingly employ, use, persuade, induce, entice, and coerce a person under the age of eighteen to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted the same, and such visual depictions were transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

INDICTMENT                                          1

COUNT TWO:      (18 U.S.C. § 2422(b) – Coercion and Enticement)

Beginning on a date unknown to the grand jury but no later than December 5, 2017 and continuing until on or about February 13, 2018, in the Northern District of California and elsewhere, the defendant,

JEFFREY BRIAN PROVOST,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce a minor victim who had not yet attained 18 years of age, and who defendant believed was less than 18 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, the production of child pornography under 18 U.S.C. § 2251(a) and California Penal Code § 311.4, in violation of Title 18, United States Code, Section 2422(b).

COUNT THREE:     (18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography)

Beginning on a date unknown to the grand jury but no later than December 5, 2017 and continuing until on or about January 19, 2018, in the Northern District of California and elsewhere, the defendant,

JEFFREY BRIAN PROVOST,

did knowingly receive in interstate and foreign commerce, by any means, including by computer, certain visual depictions, the producing of which involved the use of one or more minors engaging in sexually explicit conduct, and which visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION:     (18 U.S.C. §§ 2253(a), 2428 – Forfeiture)

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253 and 2428, and Title 21, United States Code, Section 853.

///

///

///

Pursuant to Title 18, United States Code, Sections 2253 and 2428, upon conviction of any offense alleged herein, the defendant,

JEFFREY BRIAN PROVOST,

shall forfeit to the United States of America:

a.  Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to the following item:

  1. an LG Smartphone, Model LGMS330, IMEI 359696073473631, serial number 604VTMU347363.

If any of the property described above, as a result of any act or omission of the defendant:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third party;

c.  Has been placed beyond the jurisdiction of the court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

///
///
///
///
///

INDICTMENT                              3

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and the procedures set forth in Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: May 3, 2018

A TRUE BILL.

/s/ Denise Laws
FOREPERSON

ALEX G. TSE
Acting United States Attorney

/s/
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____)
AUSA CHRISTINA MCCALL

INDICTMENT                                         4