# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Jeffrey Brian Provost | **CASE NUMBER:** CR  CR18-0186  YGR |
| **Is This Case Under Seal?** | Yes   No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK ✓   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Christina McCall | **Date Submitted:** May 3, 2018 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)          RESET FORM     SAVE PDF